# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**
**DECEMBER 19, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 7136**

In the Matter of                                    Case Number:

S.E.I.U. Local No. 4 Pension Fund, and Hal Ruddick, one of its Trustees v. Park House Ltd., an Illinois corporation

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

S.E.I.U. Local No. 4 Pension Fund, and Hal Ruddick, one of its Trustees

| | |
|---|---|
| NAME (Type or print) | |
| Brandon M. Anderson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Brandon M. Anderson | |
| FIRM | |
| Jacobs, Burns, Orlove, Stanton & Hernandez | |
| STREET ADDRESS | |
| 122 S. Michigan Avenue, Suite 1720 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603-6145 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06288938 | (312) 372 - 1646 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |