AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**07 C 7136**

### SUMMONS IN A CIVIL CASE

S.E.I.U. Local No. 4 Pension Fund, and Hal
Ruddick, one of its Trustees

V.

Park House, Ltd., an Illinois corporation

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE ASHMAN**

TO: (Name and address of Defendant)

Park House, Ltd.
c/o Meyer Magence, Registered Agent
2320 South Lawndale Ave.
Chicago, IL 60623

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Angell
Jacobs, Burns, Orlove, Stanton & Hernandez
122 S. Michigan Ave., Suite 1720
Chicago, IL 60603-6145

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

December 20, 2007
------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE | January 18'th, 2008 |
|---|---|---|
| NAME OF SERVER *(PRINT)*    Philip P. Ducar | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify):    Personally handed the Summons and the Complaint to Mr. Meyer Magence, the Registered Agent for the defendant, Park House, Ltd., an Illinois corporation. Service was effected at the address of 8320 Skokie Blvd., in Skokie, Illinois, at the hour of 11:30 a.m., on Friday, January 18'th, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 18'th, 2008    *Philip P. Ducar*
                        Date                    *Signature of Server*

                        Post Office Box # 911
                        Tinley Park, Illinois 60477

                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.