UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

S.E.I.U. Local No. 4 Pension Fund, et al.
                                             Plaintiff,

v.                                           Case No.: 1:07−cv−07136
                                             Honorable Samuel Der−Yeghiayan

Park House Ltd
                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

MINUTE entry before Judge Samuel Der−Yeghiayan : The parties request to continue initial status hearing is granted. Counsel for the parties advised this Court's Courtroom Deputy that the parties are attempting to resolve the instant action. Initial status hearing reset to 03/12/08 at 9:00 a.m. Status hearing set for 02/19/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.