UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

S.E.I.U. Local No. 4 Pension Fund, et al.
                              Plaintiff,
v.                                          Case No.: 1:07−cv−07136
                                            Honorable Samuel Der−Yeghiayan
Park House Ltd
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

    MINUTE entry before Judge Samuel Der−Yeghiayan : The parties' request to continue initial status hearing is granted. Counsel for the parties advised this Court's Courtroom Deputy that in good faith the parties are still attempting to resolve this matter. Initial status hearing reset to 04/02/08 at 9:00 a.m. Status hearing set for 03/12/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.