# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

S.E.I.U. Local No. 4 Pension Fund, et al.
                                    Plaintiff,

v.                                  Case No.: 1:07−cv−07136
                                    Honorable Samuel Der−Yeghiayan

Park House Ltd
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

   MINUTE entry before the Honorable Samuel Der−Yeghiayan: Based on counsels' good faith representations that the parties are still finalizing the settlement documents, status hearing reset to 07/31/08 at 9:00 a.m. Status hearing set for 06/25/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.