# United States District Court, Northern District of Illinois

HHW

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7136 | **DATE** | 7/28/2008 |
| **CASE TITLE** | S.E.I.U. Local No. 4 PenFd vs. Park House, ltd. | | |

**DOCKET ENTRY TEXT**

Counsel for the Plaintiff advised this Court's Courtroom Deputy that the partied have reached a settlement in the case. The instant action is hereby dismissed without prejudice with leave to move for reinstatement by 07/31/09. If no motion to reinstate is filed by 07/31/09, the dismissal shall become a dismissal with prejudice. Each party to bear its own costs and fees as provided in the settlement agreement. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|